**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JONATHAN CORNEAL WARNSLEY,

      Petitioner,

                                                Civil No: 06-CV-12904

v.                                      Honorable Patrick J. Duggan

                                                Magistrate Judge Steven D. Pepe

JAN E. TROMBLEY,

      Respondent.

_____/

<b>JUDGMENT</b>

      In accordance with the Court's "Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying a Certificate of Appealability" issued on this date,

      IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus be, and the same hereby is, DENIED.

                                    s/PATRICK J  DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Date: July 15, 2009

Copies To:
Jonathan Warnsely
#328826
Saginaw Correctional Facility
9625 Pierce Road
Freeland, MI 48623

Brad H. Beaver, Esq.